IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

      v.                                       CIVIL NO. 12-3032

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## O R D E R

    Plaintiff has submitted a one page handwritten complaint for filing in this district, together with a request for an application for leave to proceed *in forma pauperis*. The court directs the Clerk of Court to file Plaintiff's complaint as of **March 6, 2012**, and forward to him an application for *in forma pauperis*. Plaintiff will be given fourteen days to complete said application or risk having his complaint dismissed for failure to prosecute.

    Summons **shall not** issue until the Court has ruled on Plaintiff's application for *in forma pauperis* and directs the Clerk of Court to issue summons.

    IT IS SO ORDERED this the 8th day of March 2012.

                                                      /S/ *J. Marschewski*
                                           HON. JAMES R. MARSCHEWSKI
                                           CHIEF U.S. MAGISTRATE JUDGE