IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

     v.                                    CIVIL NO. 12-3032

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

## O R D E R

     Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* and a motion for service. ECF. Nos. 1, 3. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 15th day of March 2012:

     Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service is hereby granted. The United States District Clerk is directed to file the complaint and in forma pauperis application and collect the filing fee of $350.00 pursuant to the Prison Litigation Reform Act. 28 U.S.C. § 1915 (b)(1). The court also directs the United States Marshal to serve a copy of the complaint, along with a copy of this order, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

     IT IS SO ORDERED.

                                                                 /S/ *J. Marschewski*
                                                              HON. JAMES R. MARSCHEWSKI
                                                              CHIEF U.S. MAGISTRATE JUDGE