IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                            PLAINTIFF

v.                                         Civil No. 3:12-cv-03032

MICHAEL J. ASTRUE                                                       DEFENDANT
Commissioner, Social Security Administration

<u>**ORDER**</u>

Before this Court is Defendant's Motion for Extension of Time.  ECF No. 10.  With this

Motion, Defendant seeks to extend the time to file his answer to June 20, 2012.  *Id.*  Plaintiff is

proceeding *pro se*, and Defendant attempted to contact him but was unable to do so.  **Therefore, this**

**Court finds Defendant's Motion is well-taken and should be GRANTED.  Defendant is given**

**until June 20, 2012 to file his answer.**

ENTERED this 21st day of May, 2012.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE